# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

           **Plaintiff,**

-vs-                                                                   Case No.   3:17-CR-100

**DaSHAWN J. SMEDLEY**

           **Defendant.**

## ENTRY AND ORDER REFERENCE MOTION [44]

      This matter is before the Court on Defendant's Motion filed on May 26, 2020.   Pursuant to the administrative regulations of the Second Chance Act, the decision to place an inmate in pre-release community confinement is discretionary and will be determined on an individual basis according to factors in 18 U.S.C. Section 3621(b), one of which is a statement from this Court. Although the Court has no firsthand information with regard to Defendant's incarceration, if his representations made in his request for a recommendation are accurate, the Court would have no objection to Defendant being given consideration for RRC placement.

      IT IS SO ORDERED.

June 1, 2020                                                                                   *s/Thomas M. Rose

                                                           THOMAS M. ROSE, JUDGE
                                                        UNITED STATES DISTRICT COURT